NenaZuley586@gmail.com
SulemaSierra48@gmail.com
~~5-22CV0131-C~~

To whom this may concern!
Since June 2 2022
Its Been Hot today we were told that It was 83 Degrees In here
My name Is Sulema Sierra Booking #2201845
I have put In Plenty letters my friend Yvonne mom has made at least 20 calls Since June 2 that Its hot an inmate threw up from being dehydrated! another Inmate was sitting In period blood for 2 days because she hasn't had any Clean underwear We are being treated un human. We are In pain and Suffering Ive even Started drinking Hot water because theres no Cold Water Just Like there Is no A/C please Help US!

Fix this Situation Its wrong!

[signature]

#2201845
Cell: 214-469-5330
email: SulemaSierra48@Yahoo.com
NenaZuley586@Gmail.com

RECEIVED
JUL -1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# Pod 4 (Petition)

Queena Jordan 21044069  queenjordan@gmail.com
214-403-5916

People are complaining about the AC being to hot, and it is hot in this pod. We are sweating, constantly taking showers to keep cool. Waking up real sweaty, and irrated. Other individuals as well. This is not just a safe weather climate. (X please sign if agreed)

Carla Ritchie #22019720

TERRIZ BURRS 22001738
Alicia Rich   22005591
Christy Mosy 22015461
Suena Sierra 22018145    Summer Price 22020646
Vanessa Martinez 22076877   Molly Burry 22014060
Hailey Hamilton 22004918   Jonna Hopkins 22026180
Linda Browning 22018875   Laciter Wray
Rebecca Caldwell    Jennifer Laws 22011231
Anabel Ramirz 22017915   Rosablanca Nays #22017651
Tristan Robinson    Nancy Jaramillo #22018509

Leslie Jones
Etta Vaughn 22022561
Moreno Jenna #22012857
MORALES, Bianca #22016387
Briana McAfee #2202107?
Kenia Rubio #22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail Fonseca
Jasmine Limas #22014162
[signature] #22021315
[signature]
Jenese Henry #921
Rodericka Davis #22015956

Sulema Sierra
Dallas County Jail
P.O. Box 660334
Bin: 22018145
HAYs Tower 04-D
Dallas Texas 75266-0334



NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 L

Office of the Clerk
Northern District of
Texas 1205 Ave Room 209
Lubbock, Tx 79401

RECEIVED
2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79415-36320